

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name:       Ex parte Zena Collins Stephens;
                                        State of Texas v. Zena Collins Stephens

Appellate case numbers:   01-19-00243-CR; 01-19-00209-CR

Trial court case number:   18DCR0152

Trial court:                      344th District Court of Chambers County

*Ex parte Zena Collins Stephens*, No. 01-19-00243-CR, and *State of Texas v. Zena Collins Stephens*, No. 01-19-00209-CR, were previously set for submission with oral argument on November 13, 2019.

Zena Collins Stephens filed an unopposed motion to reset oral argument. The motion is **GRANTED**.

*Ex parte Zena Collins Stephens*, No. 01-19-00243-CR, and *State of Texas v. Zena Collins Stephens*, No. 01-19-00209-CR, are removed from the November 13, 2019 submission docket, and they will be reset at a later date.

It is so **ORDERED**.


Judge's signature: ____/s/ Peter Kelly_____
                          ☒ Acting individually    ☐ Acting for the Court


Date: October 22, 2019